FORM 2
COVER SHEET

06-144 C

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) PCL CONSTRUCTION SERVICES, INC.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Durward E. Timmons, Esq.

Firm Name: Sherman & Howard L.L.C.

Post Office Box:

Street Address: 90 South Cascade Ave., #1500

City-State-Zip: Colorado Springs, CO 80903

Telephone & Facsimile Numbers: Phone: 719-475-2440 FAX: 719-635-4576

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If NO, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: [1] [0] [0] (100)
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [D] [O] [T] (DOT)
See attached sheet for three-digit codes

Amount Claimed: $ To be determined.
Use estimate if specific amount is not pleaded.

Bid Protest: $
Indicate approximate amount of procurement at issue.
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.