FILED
FEB 27 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PCL CONSTRUCTION SERVICES, INC.

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 06-144 C

Judge ____________

## NOTICE OF RELATED CASES

1. Plaintiff PCL Construction Services, Inc. ("PCL") and Defendant United States (the "Government"), acting by and through the United States Bureau of Reclamation ("USBR"), are parties to a firm, fixed price Contract No. 1-CC-30-09150 ("Contract") for the construction of the Visitor Center and Parking Structure at the Hoover Dam.

2. PCL filed a complaint against the Government on October 4, 1995, based upon breach of the Contract by USBR. The complaint was assigned Case No. 95-666C.

3. On July 23, 1996, PCL filed a second complaint against the Government, requesting release to PCL of previously assessed liquidated damages under the Contract. The second complaint was assigned Case No. 96-442C.

4. The two cases were assigned to Judge Marian Horn and consolidated.

5. Judge Horn issued three written decisions:

a. PCL Construction Services, Inc. v. United States, 41 Fed. Cl. 242 (1998) ("PCL I");

b. PCL Construction Services, Inc. v. United States, 47 Fed. Cl. 745 (2000) ("PCL II"); and

c. PCL Construction Services, Inc. v. United States, 53 Fed. Cl. 478 (2002) ("PCL III").

6. On February 23, 2006, PCL filed a Complaint against the Government, based upon the recovery of unresolved changes to the Contract and delays and disruptions experienced during Contract performance.

7. Case No. 95-666C and No. 96-442C are based upon the same Contract as the Complaint.

8. PCL respectfully requests that Judge Horn preside over this current action.

9. Assignment to Judge Horn will conserve judicial recourses and promote an efficient determination of the Complaint because she is intimately familiar with the detailed factual and procedural history of this action. Furthermore, in closing arguments during PCL II, Judge Horn expressed her desire to preside over subsequent actions brought by PCL.

DATED this 23rd day of February, 2006.

SHERMAN & HOWARD LLC

By: ____________________

Durward E. Timmons
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Phone: 719-475-2440
Fax: 719-635-4576

Attorneys for Plaintiff