IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PCL CONSTRUCTION SERVICES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-144C (Judge Marian Blank Horn) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Brian S. Smith as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Brian S. Smith
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Brian S. Smith

Brian S. Smith
Trial Attorney
Commercial Litigation Branch
Civil Division
(202) 616-0391
Fax# (202) 353-7988

Dated:March 30, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 30, 2006, a copy of the foregoing "NOTICE OF APPEARANCE", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith