# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **PCL CONSTRUCTION SERVICES, INC.,** | |
| **Plaintiff,** | **No. 06-144C** |
| **v.** | **Filed: April 20, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court held a status conference in the above-captioned case on April 19, 2006, with the parties appearing by telephone. As a result of the discussions during the conference, on or before **Friday, April 28, 2006**, plaintiff shall provide defendant and shall provide chambers, but not file with the clerk's office, a courtesy copy of its briefing concerning the statute of limitations issues discussed at the status conference. On or before **Friday, May 19, 2006**, defendant shall file a short notice with the court and plaintiff, indicating whether or not defendant believes there is a statute of limitations issue in this case. Furthermore, the parties shall consult on the issues in the present case as compared to issues in plaintiff's prior cases before this court and the Court of Appeals for the Federal Circuit. On or before **Friday, June 23, 2006**, the parties shall file a joint status report reflecting the results of that consultation. In their joint status report, both parties shall specifically delineate which claims, presented in the complaint in this case, survive the court's earlier decisions. The court also **SCHEDULES** another status conference on **Wednesday, June 28, 2006 at 2:30 p.m. EST,** at the National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact defendant's counsel at (202) 616-0391, and plaintiff's counsel at (719) 475-2440. The parties will be prepared to discuss whether or not any claims remain from the court's prior decisions.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**