IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PCL CONSTRUCTION SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-144C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to plaintiff's complaint, defendant admits, denies, and alleges as follows:

1. Denies the allegations contained in paragraph 1 for lack of knowledge or information sufficient to form a belief as to their truth.

2. The allegations contained in paragraph 2 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are admitted.

3. The allegations contained in paragraph 3 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are admitted.

4. Admits the allegations contained in paragraph 4 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 4.

5. The allegations contained in paragraph 5 are conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

6. Admits the allegations contained in paragraph 6 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 6.

7. Admits the allegations contained in paragraph 7 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 7.

8. Admits the allegations contained in paragraph 8 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 8.

9. Admits the allegations contained in paragraph 9 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 9.

10. The allegation contained in paragraph 10 is a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

11. Admits the allegation contained in paragraph 11to the extent supported by the contract cited, which is the best evidence of its contents.

12. Admits the allegation contained in paragraph 12 to the extent supported by the document cited, which is the best evidence of its contents.

13. The allegations contained in paragraph 13 are plaintiff's characterizations of its case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

14. Admits the allegations contained in the first sentence of paragraph 14 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 14. The allegation contained in the second sentence of paragraph 14 is plaintiff's characterization of its case to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

15. Admits the allegations contained in paragraph 15 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 15.

16. Admits the allegations contained in paragraph 16 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 16.

17. Admits the allegations contained in paragraph 17 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 17.

18. Admits the allegations contained in paragraph 18 to the extent supported by the document cited, which is the best

evidence of its contents; otherwise denies the allegations contained in paragraph 18.

19. Admits the allegations contained in paragraph 19 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 19.

20. Admits the allegations contained in paragraph 20 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 20.

21. Admits the allegation contained in paragraph 21 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 21.

22. Admits the allegations contained in paragraph 22 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 22.

23. Admits the allegations contained in paragraph 23 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 23.

24. The statement contained in paragraph 24 is plaintiff's characterization of its action to which no response is required.

25. Admits the allegations contained in paragraph 25 to the extent supported by the document cited, which is the best

evidence of its contents; otherwise denies the allegations contained in paragraph 25.

26. Admits the allegations contained in paragraph 26 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 26.

27. Admits the allegations contained in paragraph 27 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 27.

28. Admits the allegations contained in paragraph 16 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 16 for lack of knowledge or information sufficient to form a belief as to their truth.

29. Admits the allegations contained in paragraph 29 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 29.

30. Admits the allegations contained in paragraph 30 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 30.

31. Admits the allegation contained in paragraph 31 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegation

contained in paragraph 31.

32. Admits the allegation contained in paragraph 32 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 32.

33. Admits the allegations contained in paragraph 33 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 33.

34. Admits the allegations contained in paragraph 34 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 34.

35. The allegation contained in paragraph 35 is plaintiff’s characterization of its case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied for lack of knowledge or information sufficient to form a belief as to their truth.

36. The allegations contained in paragraph 36 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

37. The allegation contained in paragraph 37 is plaintiff’s characterization of its case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

38. The allegation contained in paragraph 38 is plaintiff’s characterization of its case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is admitted to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 38.

39. The allegations contained in paragraph 39 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

40. The allegations contained in paragraph 38 are plaintiff’s characterization of its case and/or a conclusion of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are admitted to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 38.

41. Admits the allegations contained in paragraph 41 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 41.

42. The allegations contained in paragraph 42 are plaintiff’s characterization of its case and/or a conclusion of law to which no response is required; to the extent that they may be deemed an allegation of fact, they are denied for lack of knowledge or information sufficient to form a belief as to their

truth.

43. The allegations contained in paragraph 43 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

44. The allegations contained in paragraph 44 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

45. Denied.

46. The allegations contained in paragraph 38 are plaintiff’s characterization of its case and/or conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are admitted to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 46.

47. Denies.

48. The allegations contained in paragraph 48 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

49. The allegations contained in paragraph 49 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

50. The allegations contained in paragraph 50 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

51. The allegations contained in paragraph 51 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

52. The allegations contained in paragraph 52 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

53. Admits the allegations contained in paragraph 53 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 53.

54. The allegation contained in paragraph 54 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

55. The allegations contained in paragraph 55 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

56. The allegations contained in paragraph 56 are characterizations of plaintiff's case and/or conclusions of law

to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

57. The allegations contained in paragraph 57 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

58. The allegations contained in paragraph 58 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

59. Admits the allegation contained in paragraph 59 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 59.

60. Admits the allegations contained in paragraph 60 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 60.

61. Admits the allegations contained in paragraph 61 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 61.

62. The allegations contained in paragraph 62 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

63. The allegations contained in paragraph 63 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

64. Admits the allegations contained in paragraph 64 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 64.

65. Admits the allegation contained in paragraph 65 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegation contained in paragraph 65.

66. The allegations contained in paragraph 66 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

67. The allegations contained in paragraph 67 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

68. The allegations contained in paragraph 68 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

69. Admits the allegations contained in paragraph 69 to the extent supported by the document cited, which is the best

evidence of its contents; otherwise denies the allegations contained in paragraph 69.

70. Admits the allegations contained in paragraph 70 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 70.

71. The allegations contained in paragraph 71 are plaintiff's characterization of its case and/or conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are admitted to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 71.

72. The allegations contained in paragraph 72 are plaintiff's characterization of its case and/or conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are admitted to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 72.

73. Admits the allegations contained in paragraph 73 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 73.

74. The allegations contained in paragraph 74 are characterizations of plaintiff's case and/or a conclusions of law

to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

75. Admits the allegations contained in paragraph 75 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 75.

76. Denies.

77. Denies.

78. Admits the allegations contained paragraph 78 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 78.

79. The allegations contained in paragraph 79 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

80. The allegations contained in paragraph 80 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

81. The allegations contained in paragraph 81 are plaintiff’s characterization of its case and/or conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are admitted to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in

paragraph 81.

82. The allegations contained in paragraph 82 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

83. Admits the allegations contained in paragraph 83 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 83.

84. Admits the allegations contained in paragraph 84 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 84.

85. The allegations contained in paragraph 85 are plaintiff's characterization of its case and/or a conclusion of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are admitted to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 85.

86. The allegation contained in paragraph 86 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

87. Admits the allegation contained in paragraph 87 to the extent supported by the document cited, which is the best

evidence of its contents; otherwise denies the allegations contained in paragraph 87.

88. Admits the allegation contained in paragraph 88 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 88.

89. Admits the allegation contained in paragraph 89 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 89.

90. The allegation contained in the first sentence of paragraph 90 is a characterization of plaintiff's action and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied. Admits the allegation contained in the second sentence of paragraph 90 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 90.

91. Admits the allegations contained in paragraph 91 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 91.

92. Admits the allegations contained in paragraph 92 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 92.

93. Admits the allegations contained in paragraph 93 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 93.

94. Admits the allegations contained in paragraph 94 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 94.

95. Denies.

96. Admits.

97. The allegation contained in paragraph 97 is a characterization of plaintiff's action and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is admitted.

98. Admits the allegation contained in paragraph 98 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 98.

99. Admits the allegation contained in paragraph 99 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 99.

100. Admits the allegation contained in paragraph 100 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 100.

101. Admits the allegation contained in paragraph 101 to the extent supported by the document cited, which is the best evidence of its contents.

102. The allegations contained in paragraph 102 are plaintiff's characterization of its case and/or a conclusion of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are admitted to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 38.

103. Admits the allegation contained in paragraph 103 to the extent supported by the document cited, which is the best evidence of its contents.

104. The allegations contained in paragraph 104 are plaintiff's characterization of its case and/or conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are admitted to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 104.

105. Admits the allegation contained in paragraph 105 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegation contained in paragraph 105.

106. Admits the allegation contained in paragraph 106 to the extent supported by the document cited, which is the best

evidence of its contents; otherwise denies the allegation contained in paragraph 106.

107. Admits the allegation contained in paragraph 107 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 107.

108. Admits the allegation contained in paragraph 108 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 108.

109. The allegations contained in paragraph 109 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

110. The allegations contained in paragraph 110 are plaintiff’s characterization of its case and/or a conclusion of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are admitted to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 110.

111. Admits the allegations contained in paragraph 111 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 111.

112. Admits the allegation contained in paragraph 112 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 112.

113. Admits the allegation contained in paragraph 113 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 113.

114. Admits the allegation contained in paragraph 114 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 114.

115. Admits the allegation contained in paragraph 115 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 115.

116. Admits the allegation contained in paragraph 116 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 116.

117. The allegations contained in paragraph 117 are plaintiff's characterization of its case and/or conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are admitted to the extent supported by the documents cited, which are the best evidence of

their contents; otherwise denies the allegations contained in paragraph 117.

118. The allegations contained in paragraph 118 are plaintiff's characterization of its action and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

119. Defendant hereby incorporates its responses to paragraphs 1 through 118 of plaintiff's complaint.

120. The allegation contained in paragraph 120 is plaintiff's characterization of its action and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

121. Admits the allegations contained in paragraph 121 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 121.

122. The allegation contained in paragraph 122 is plaintiff's characterization of its action and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

123. The allegation contained in paragraph 123 is plaintiff's characterization of its action and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

124. The allegations contained in paragraph 124 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

125. The allegation contained in paragraph 125 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

126. The allegations contained in paragraph 126 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

127. The allegations contained in paragraph 127 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

128. The allegations contained in paragraph 128 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

129. The allegation contained in paragraph 129 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

130. The allegation contained in paragraph 130 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

131. The allegation contained in paragraph 131 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

132. The allegations contained in paragraph 132 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

133. The allegations contained in paragraph 133 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

134. The allegation contained in paragraph 134 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

135. The allegation contained in paragraph 135 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

136. Defendant hereby incorporates its responses to

paragraphs 1 through 135 of plaintiff's complaint.

137. The allegation contained in paragraph 137 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

138. Admits the allegation contained in paragraph 138 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 138.

139. The allegation contained in paragraph 139 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

140. The allegation contained in paragraph 140 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

141. The allegation contained in paragraph 141 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

142. The allegation contained in paragraph 142 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

143. The allegation contained in paragraph 143 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

144. The allegation contained in paragraph 144 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

145. The allegations contained in paragraph 43 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

146. The allegation contained in paragraph 146 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

147. The allegations contained in paragraph 147 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

148. The allegation contained in paragraph 148 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

149. The allegations contained in paragraph 149 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

150. The allegation contained in paragraph 150 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

151. Defendant hereby incorporates its responses to paragraphs 1 through 150 of plaintiff’s complaint.

152. The allegation contained in paragraph 152 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

153. Admits the allegation contained in paragraph 153 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 153.

154. Admits the allegation contained in paragraph 154 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 154.

155. The allegations contained in paragraph 155 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be

deemed an allegations of fact, they are denied.

156. The allegations contained in paragraph 156 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

157. The allegation contained in paragraph 157 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

158. The allegation contained in paragraph 158 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

159. The allegation contained in paragraph 159 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

160. The allegation contained in paragraph 160 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

161. Defendant hereby incorporates its responses to paragraphs 1 through 160 of plaintiff’s complaint.

162. The allegation contained in paragraph 162 is a characterization of plaintiff's case and/or a conclusion of law

to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

163. Admits the allegation contained in paragraph 163 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 163.

164. The allegations contained in paragraph 164 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

165. The allegations contained in paragraph 165 are characterizations of plaintiff's case and/or a conclusions of law to which no response is required; to the extent that they may be deemed an allegations of fact, they are denied.

166. The allegations contained in paragraph 166 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

167. The allegations contained in paragraph 167 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

168. The allegations contained in paragraph 168 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be

deemed allegations of fact, they are denied.

169. The allegations contained in paragraph 169 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

170. The allegation contained in paragraph 170 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

171. Defendant hereby incorporates its responses to paragraphs 1 through 170 of plaintiff’s complaint.

172. Admits the allegation contained in paragraph 172 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 172.

173. The allegations contained in paragraph 173 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

174. The allegations contained in paragraph 174 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

175. The allegations contained in paragraph 175 are characterizations of plaintiff's case and/or conclusions of law

to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

176. The allegation contained in paragraph 176 is a characterization of plaintiff's case and/or a conclusion of law to which no response is required; to the extent that it may be deemed an allegation of fact, it is denied.

177. Denies that plaintiff is entitled to any of the relief requested in the prayer for relief (A through D) for claims 1 through 5; to attorney fees and costs; and to any other relief whatsoever.

178. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that plaintiff's complaint be dismissed and that defendant be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Attn: Classification Unit
8th Floor, 1100 L St. NW
Washington, D.C. 20530
Tele: (202) 616-0391

Attorneys for Defendant

April 28, 2006

CERTIFICATE OF FILING

I hereby certify that on April 28, 2006, a copy of foregoing “DEFENDANT'S ANSWER” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith