IN THE UNITED STATES COURT OF FEDERAL CLAIMS

PCL CONSTRUCTION SERVICES, INC., )
)
Plaintiff, )
)
v. ) No. 06-144C
) (Judge Horn)
THE UNITED STATES, )
)
Defendant. )

**JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rule 16 and Appendix A, Rules of the United States Court of Federal Claims, the parties submit the following Joint Preliminary Status Report in response to questions set forth in paragraph III(4) of Appendix A.

a. Jurisdiction:

The parties currently perceive no jurisdictional defects in this case.

b. Consolidation:

The parties do not believe that this case should be consolidated with any other case.

c. Bifurcation:

The parties do not believe that the trial of liability and quantum should be bifurcated.

d. Deferral:

The parties know of no reason to defer proceedings in this case pending consideration of any other case presently before the Court.

e. Remand/Suspension:

The parties do not seek remand or suspension of the case.

f. Joinder:

The parties do not believe any other party will be joined.

g. Dispositive Motions:

The defendant anticipates filing one or more dispositive or partially dispositive motions to address the fact that PCL has already litigated a case arising out of the same construction project before this Court and before the United States Court of Appeals for the Federal Circuit. Defendant believes that, if a dispositive motion does not resolve the case entirely, then the scope of the case should be narrowed as much as possible prior to the parties and the Court engaging in protracted discovery, pretrial, and trial proceedings.

h. Relevant Issues:

1. How much of PCL's new claim, if any, and complaint are barred by the doctrines of issue preclusion, claim preclusion, law of the case, or stare decisis.

2. Whether the Government delayed or disrupted PCL's contract performance in the manner and to the extent alleged by

PCL in its certified claim and complaint.

3. Whether the Government can be, or is, liable to PCL for additional contract payments arising out of PCL's alleged performance of so-called "CRX's" that have not been previously resolved by the parties or by the Court.

4. If there is any Government liability to PCL, what is the appropriate amount of damages to be awarded.

i. Settlement:

The parties will conduct settlement negotiations, and will discuss the possibility of submitting this case for alternative dispute resolution as discovery proceeds. If the parties agree to pursue alternative dispute resolution, we will notify the Court promptly.

j. Trial:

Both parties anticipate proceeding toward trial should dispositive motions, ADR, or settlement prove to be inappropriate. The parties recommend that trial should be held in Denver, Colorado.

k. Electronic Case Management:

The parties are aware of the Court's electronic case management procedures and will comply with them. In addition, the parties will cooperate with regard to the use of electronic document management techniques where possible, including the use of electronic exhibits at trial.

l. Other Information:

There is no other information of which the Court should be made aware at this time.

Discovery:

The parties believe that defendant's dispositive motion with regard to the entire case should be adjudicated prior to the establishment of a discovery schedule. The parties agree that if the dispositive motion process requires an exchange of discoverable information in order for the motion or response/s to be complete, the parties will cooperate in the exchange of such information in accordance with the Court's rules. The Court has already scheduled a status conference for June 28, 2006, during which the parties propose to discuss the schedule for the dispositive motion/s phase of the case.

Respectfully submitted,

PETER D. KIESLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit

8th Floor, 1100 L St. NW
Washington, D.C. 20530
Tele: (202) 616-0391

Attorneys for Defendant

s/Durward E. Timmons
Durward E. Timmons
90 South Cascade Avenue
Suite 1500
Colorado Springs, CO 80903
Phone: (719)-475-2440

Attorney for Plaintiff

September 9, 2004