# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**PCL CONSTRUCTION SERVICES, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-144C**
**Filed: June 28, 2006**

## O R D E R

The court held a status conference in the above-captioned case on June 28, 2006, with the parties appearing by telephone. As discussed at the conference, plaintiff believes that the delay and disruption claims and the claims associated with changes reflected in selected CRXs in its complaint were expressly reserved in prior litigation. Plaintiff shall review the complaint, prior submissions, prior trial transcript, prior opinions, and any other pertinent materials in case nos. 95-666C and 96-442C and, on or before **Tuesday, July 25, 2006**, shall provide to defendant citations to the prior record which plaintiff believes supports its express reservation argument. The parties shall consult over this material, and be prepared to address the matter at the next status conference **SCHEDULED** for **Wednesday, August 2, 2006 at 2:30 p.m. EDT,** at the National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact defendant's counsel at (202) 616-0391, and plaintiff's counsel at (719) 475-2440.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**