# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | * |
| **PCL CONSTRUCTION SERVICES, INC.,** | * |
| **Plaintiff,** | * **No. 06-144C** |
| **v.** | * **Filed: August 2, 2006** |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * | * |

**O R D E R**

The court held a status conference in the above-captioned case on August 2, 2006, with the parties appearing by telephone. As discussed at the conference, the court establishes the following briefing **SCHEDULE**. Defendant shall file an opening brief on its partial dispositive motion, on or before **Monday, September 18, 2006**. Plaintiff shall file its response brief on or before **Tuesday, October 10, 2006**. Defendant shall file its reply brief on or before **Monday, November 13, 2006**. All briefs shall not only cite to documents, but should include the cited documents in an appendix to the briefs, not the voluminous record of the prior PCL cases. Citations shall include page, section and paragraph numbers, as appropriate. The parties shall avoid generalities. Acronyms shall be explained. Factual and legal complexities will not be glossed over, but explained, with proper citations.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**