# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PCL CONSTRUCTION SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-144C |
| | ) | (Judge Horn) |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED MOTION TO AMEND THE SCHEDULING ORDER

On August 2, 2006, the Court entered a Scheduling Order, establishing a briefing schedule for summary judgment. Pursuant to the Scheduling Order, Defendant's Motion for Summary Judgment is due on September 18, 2006, Plaintiff's Response is due on October 10, 2006, and Defendant's Reply is due on November 13, 2006. Defendant's counsel anticipated that the case of Moreland v. United States, Fed. Cl. No. 03-2154, for which he is government's counsel, would settle. Instead, trial preparation have consumed substantially all of Defendant's counsel's time for a trial which is schedule to commence on September 18, 2006 and continue through September 27, 2006. Accordingly, Defendant will be unable to file its Motion for Summary Judgment by September 18, 2006, and has requested an extension of the briefing schedule. Plaintiff understands Defendant's counsel's unenviable position and, accordingly, the Parties have agreed to extend the briefing schedule to the following dates:

1. Defendant's Motion for Summary Judgment – October 10, 2006;
2. Plaintiff's Response – October 31, 2006; and
3. Defendant's Reply – December 11, 2006.

Neither the Parties, nor the Court will be prejudiced by extending the briefing schedule.

Accordingly, pursuant to RCFC 16(b), the Parties respectfully request that the Court amend the Scheduling Order to conform to the revised briefing schedule outlined above. A proposed order is attached for the Court's convenience.

Plaintiff's counsel represents to the Court that Defendant supports this STIPULATED MOTION TO AMEND THE SCHEDULING ORDER.

A proposed Order is attached to this Motion for the Court's convenience.

Respectfully submitted,

s/ Durward E. Timmons

Durward E. Timmons
90 South Cascade Avenue
Suite 1500
Colorado Springs, CO 80903
Phone: (719)-475-2440

**Attorney for Plaintiff**

CERTIFICATE OF FILING

I hereby certify that on September 13th, 2006, a copy of the foregoing STIPULATED MOTION TO AMEND THE SCHEDULING ORDER was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Durward E. Timmons