# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **PCL CONSTRUCTION SERVICES, INC.,** Plaintiff, v. **UNITED STATES,** Defendant. | * | **No. 06-144C** **Filed: September 20, 2006** |

**O R D E R**

The court is in receipt of the parties' September 13, 2006, stipulated motion to amend the scheduling order. The joint motion to amend, and enlarge, the scheduling order is **GRANTED**. The court amends the briefing **SCHEDULE**, with sufficient time for the parties to fully address the issues. Defendant shall file an opening brief on its partial dispositive motion, on or before **Thursday, November 9, 2006**. Plaintiff shall file its response brief on or before **Thursday, November 30, 2006**. Defendant shall file its reply brief on or before **Thursday, January 11, 2007**. Cited documents shall be included in an appendix to the parties' briefs. Citations shall include page, section and paragraph numbers, as appropriate. The parties shall avoid generalities, and explain acronyms and factual and legal complexities, with proper citations.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**