# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PCL CONSTRUCTION SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-144C |
| | ) | (Judge Horn) |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED MOTION TO AMEND THE SCHEDULING ORDER

On September 20, 2006, the Court entered a Scheduling Order, establishing a briefing schedule for summary judgment. Pursuant to the Scheduling Order, Defendant's Motion for Summary Judgment was due on November 9, 2006, Plaintiff's Response is due on November 30, 2006, and Defendant's Reply is due on January 11, 2006. As ordered, Plaintiff received Defendant's Motion for Summary Judgment and Proposed Findings of Uncontroverted Facts in Support of Motion for Summary Judgment on November 9, 2006. Due to the arguments made in Defendant's Motion for Summary Judgment and the proposed uncontroverted facts, as well as the Thanksgiving holidays, Plaintiff has requested and Defendant's counsel has agreed to request an extension of the filing date for Plaintiff's response until December 15, 2006. Accordingly, the revised briefing schedule will be:

1. Plaintiff's Response Brief – December 15, 2006; and
2. Defendant's Reply Brief – January 11, 2007.

Neither the Parties, nor the Court will be prejudiced by extending the briefing schedule.

Accordingly, pursuant to RCFC 16(b), the Parties respectfully request that the Court amend the Scheduling Order to conform to the revised briefing schedule outlined above. A proposed order is attached for the Court's convenience.

Plaintiff's counsel represents to the Court that Defendant supports this STIPULATED MOTION TO AMEND THE SCHEDULING ORDER.

A proposed Order is attached to this Motion for the Court's convenience.

Respectfully submitted,

s/ Durward E. Timmons

Durward E. Timmons
90 South Cascade Avenue
Suite 1500
Colorado Springs, CO 80903
Phone: (719)-475-2440

**Attorney for Plaintiff**

CERTIFICATE OF FILING

I hereby certify that on November 15th, 2006, a copy of the foregoing STIPULATED MOTION TO AMEND THE SCHEDULING ORDER was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Durward E. Timmons