# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PCL CONSTRUCTION SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-144C |
| | ) | (Judge Horn) |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on the Stipulated Motion to Amend the Scheduling Order, having considered all responses thereto, and being fully advised in the premises,

ORDERS that:

1. The Stipulated Motion to Amend the Scheduling Order is GRANTED; and

2. Plaintiff's response to Defendant's Motion for Summary Judgment is due on or before December 15, 2006, and Defendant's reply is due on or before January 11, 2007.

MARIAN BLANK HORN
JUDGE