# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **PCL CONSTRUCTION SERVICES, INC.,** | |
| **Plaintiff,** | **No. 06-144C** |
| **v.** | **Filed: November 16, 2006** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the parties' joint motion to amend the court's scheduling order of September 20, 2006. The motion is **GRANTED**. Plaintiff shall file its response brief on or before **Friday, December 15, 2006**. Although defendant has committed to filing its reply brief, as previously scheduled, on or before January 11, 2007, in the interest of providing defendant's counsel with sufficient time to fully and completely reply to plaintiff's brief, defendant shall file its reply brief on or before **Friday, January 26, 2007**. As previously noted, cited documents shall be included in an appendix to the parties' briefs. Citations shall include page, section and paragraph numbers, as appropriate. The parties shall avoid generalities, and explain acronyms and factual and legal complexities, with proper citations.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**