# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**PCL CONSTRUCTION SERVICES, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-144C**
**Filed: December 18, 2006**

## O R D E R

The court is in receipt of plaintiff's December 15, 2006 submission of a CD containing pdf versions of Plaintiff's Appendices to its Response to Defendant's Motion for Summary Judgment. Plaintiff's submission was not filed by the clerk of the court because it did not comport with several of the filing requirements in the Rules of the Court of Federal Claims. Because of the voluminous nature of Plaintiff's Appendices, the court will allow plaintiff to file the above referenced appendices on CD. The above referenced material shall be **FILED** by the clerk's office by leave of the court.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**