IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PCL CONSTRUCTION SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-144C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of 17 days, to and including February 12, 2007, within which to file its summary judgment reply brief. Plaintiffs's counsel has indicated no opposition to this motion. Our reply brief is currently due on January 26, 2007. This is our first request for an enlargement of time for this purpose.

Between the filing of PCL's summary judgment opposition brief on December 15, 2006, and the newly proposed deadline, in addition to the holiday season and the federal memorial holiday for President Ford, a number of intervening obligations and deadlines have been established or will take place in other cases before this Court and the Court of Appeals for the Federal Circuit (examples include post trial brief in Moreland v. United States, Fed. Cl. No. 03-2154C (December 18, 2006); summary judgment reply brief in SSA Marine v. United States, Fed. Cl. 05-490C (January 5, 2007), appellee's brief due in Marshall v. Interior, Fed. Cir. No. 2006-1498 (January 5, 2007), oral argument in Reeves v. DVA, Fed. Cir. No. 2006-7240 (January 11,

2007), oral argument in Stevens v. United States, Fed. Cl. No. 1278C (January 11, 2007), pretrial submissions in Metric Construction v. United States, Fed. Cl. No. 04-954C (January 9 and 12, 2007), out of town depositions in GASA v. United States, Fed. Cl. No. 01-642C (week of January 15, 2007), summary judgment reply brief in PCL v. United States, Fed. Cl. 06-144C (January 26, 2007); post trial reply brief in Moreland v. United States, Fed. Cl. 03-2154C (January 29, 2007); appellee's brief in Ide v. SSA, Fed. Cir. No. 2006-3302 (January 29, 2007); out of town pretrial activities in Metric Construction v. United States, Fed. Cl. No. 04-954C (February 5-9, 2007)). In addition, PCL's summary judgment opposition brief and appendix are voluminous, (the appendices occupy hundreds of pages), and will require a more lengthy reply time than the originally-contemplated time period.

The enlargement is necessary to facilitate the completion of our summary judgment reply brief, provide adequate time for supervisory approval, and to ensure that it is thorough and of the most benefit to the Court. The enlargement period that is requested is also designed to account for defendant's counsel's intervening obligations, described above.

For the foregoing reasons, defendant respectfully requests that this motion for an enlargement of 17 days be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
1100 L St. NW
Washington, D.C. 20530
Tele: (202) 616-0391

Attorneys for Defendant

January 25, 2007

CERTIFICATE OF FILING

I hereby certify that on January 25, 2007, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith