# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **PCL CONSTRUCTION SERVICES, INC.,** | |
| **Plaintiff,** | **No. 06-144C** |
| **v.** | **Filed: February 5, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

## O R D E R

The court is in receipt of defendant's January 25, 2007 unopposed motion for an enlargement of 17 days, to and including February 12, 2007, within which to file its summary judgment reply brief. In order to ensure a complete and thorough response, the court **GRANTS** the defendant's request, and **ORDERS** the defendant to file its reply brief on or before **Tuesday, February 13, 2007**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**