# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**PCL CONSTRUCTION SERVICES, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-144C**
**Filed: February 14, 2007**

**O R D E R**

The court is in receipt of defendant's February 14, 2007 opposed motion for an enlargement of 15 days, to and including February 28, 2007, within which to file its summary judgment reply brief. After discussion with the parties, the court **GRANTS** the defendant's request, and **ORDERS** the defendant to file its reply brief on or before **Wednesday, February 28, 2007**. In addition, on or before **Friday, March 9, 2007**, the plaintiff may submit a surreply.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**