# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| **PCL CONSTRUCTION SERVICES, INC.,** | |
| **Plaintiff,** | **No. 06-144C** |
| **v.** | **Filed: April 10, 2007** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * | |

**O R D E R**

On April 9, 2007, the parties agreed to further proceedings in the above-captioned case on **Friday, May 18, 2007, at 10:00 a.m.**, in Courtroom C202, on the second floor of the Alfred A. Arraj United States Courthouse, at 901 19th Street, Denver, Colorado 80294.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**