# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**PCL CONSTRUCTION SERVICES, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-144C**
**Filed: April 30, 2007**

## O R D E R

On April 30, 2007, the parties agreed to further proceedings in the above-captioned case on **Monday, May 21, 2007, at 1:00 p.m.**, rather than the previously scheduled date of May 18, 2007, in Courtroom C202, on the second floor of the Alfred A. Arraj United States Courthouse, at 901 19th Street, Denver, Colorado 80294.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**